KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTOINE MOUTON, ) <br> ) <br> Defendant. ) <br> ) | No.   CR 06 0014 JSW <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM MARCH 1, 2006 THROUGH MARCH 28, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a hearing for arraignment on March 28, 2006 at 9:30A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 1, 2006 through March 28, 2006.  The parties agree, and the Court finds and holds, as follows:

      1.  The defendant has been indicted and had his initial appearance before the Court on February 24, 2006.

      2.  The parties appeared before the Honorable Elizabeth D. Laporte for a detention hearing on March 1, 2006.  At that time, counsel for the defendant, Assistant Federal Public Defender Steven Kalar, informed the Court that he has not yet had the opportunity to confer with his client regarding his entry of plea.

      3.  Accordingly, defense counsel requested that the arraignment be continued until March

1  28, 2006 and requested the exclusion of time under the Speedy Trial Act.

2      4. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    5. After a hearing on this matter on March 1, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from March 1, 2006 through March 28, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    6. Accordingly, and with the consent of the defendant, the Court (1) sets the arraignment on March 28, 2006, at 9:30 A.M. before the Honorable Bernard Zimmerman, and (2) orders that the period from March 1, 2006 through March 28, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:  March 2, 2006
            /s/
STEVEN G. KALAR
Assistant Federal Public Defender

DATED: March 2, 2006
            /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 7, 2006

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte