KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax: (510)637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANTOINE MOUTON,<br><br>   Defendant. | No.   CR 06 0014 JSW<br><br>ORDER AND STIPULATION FOR CONTINUANCE FROM MARCH 30, 2006 THROUGH APRIL 20, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing for April 20, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 30, 2006 through April 20, 2006. The parties agree, and the Court finds and holds, as follows:

     1. The parties appeared before the Court for a status hearing on this matter on March 30, 2006. At that time, the parties indicated that they are working on a stipulation pursuant to 18 U.S.C. § 3509, pursuant to which the government will produce additional material that defense counsel will need time to review with his client. Defense counsel also indicated that he will be unavailable for one week during the month of April.

     2. Accordingly, the parties requested that the matter be continued until April 20, 2006 and requested the exclusion of time under the Speedy Trial Act.

1        3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

2 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation and for

3 continuity of defense counsel, taking into account the exercise of due diligence.

4        4. After a hearing on this matter on March 30, 2006, the Court finds that, taking into

5 account the public interest in the prompt disposition of criminal cases, the ends of justice served

6 by excluding the period from March 30, 2006 through April 20, 2006 outweigh the best interest

7 of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

8        5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea

9 or trial setting hearing on April 20, 2006, at 2:30 P.M., and (2) orders that the period from March

10 30, 2006 through April 20, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C.

11 § 3161(h)(8)(A) & (B)(iv).

12 IT IS SO STIPULATED:

13 DATED:    March 31, 2006            /s/
                                           STEVEN KALAR
14                                            Assistant Federal Public Defender

15
DATED:    March 31, 2006            /s/
16                                            MICHELLE MORGAN-KELLY
17                                            Assistant United States Attorney

IT IS SO ORDERED.
18
DATED: April 4, 2006
19                                           THE HONORABLE JEFFREY S. WHITE
20                                           United States District Court Judge