KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone:  (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTOINE MOUTON, <br><br> Defendant. | No.   CR 06 0014 JSW <br><br> ORDER AND STIPULATION FOR CONTINUANCE FROM APRIL 20, 2006 THROUGH JUNE 8, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing for June 8, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 20, 2006 through June 8, 2006.  The parties agree, and the Court finds and holds, as follows:

     1.  The parties appeared before the Court for a status hearing on this matter on April 20, 2006.  The parties indicated that new information has come to light that will require further investigation by the parties, and that upon the Court signing the stipulated protective order under 18 U.S.C. § 3509 submitted by the parties, additional discovery will be exchanged.  Defense counsel also indicated that he will be unavailable for several Thursdays in May.

     2.  Accordingly, the parties requested that the matter be continued until June 8, 2006 and requested the exclusion of time under the Speedy Trial Act.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation and for continuity of defense counsel, taking into account the exercise of due diligence.

4. After a hearing on this matter on April 20, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from April 20, 2006 through June 8, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea or trial setting hearing on June 8, 2006, at 2:30 P.M., and (2) orders that the period from April 20, 2006 through June 8, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:   5/2/06         /s/
STEVEN KALAR
Assistant Federal Public Defender

DATED:   5/2/06         /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 11, 2006

THE HONORABLE JEFFREY S. WHITE
United States District Court Judge