KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax: (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>   v. )<br>ANTOINE MOUTON, )<br>      Defendant. )<br>_____ ) | No.   CR 06 0014 JSW<br><br>ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 8, 2006 THROUGH JUNE 29, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing for June 29, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 8, 2006 through June 29, 2006. The parties agree, and the Court finds and holds, as follows:

      1. The parties appeared before the Court for a status hearing on this matter on June 8, 2006. The parties indicated that new information has come to light that will require further investigation by the parties.

      2. Accordingly, the parties requested that the matter be continued until June 29, 2006 and requested the exclusion of time under the Speedy Trial Act.

      3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation and for

1 | continuity of defense counsel, taking into account the exercise of due diligence.

2 |     4. After a hearing on this matter on June 8, 2006, the Court finds that, taking into
3 | account the public interest in the prompt disposition of criminal cases, the ends of justice served
4 | by excluding the period from June 8, 2006 through June 29, 2006 outweigh the best interest of
5 | the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6 |     5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea
7 | or trial setting hearing on June 29, 2006, at 2:30 P.M., and (2) orders that the period from June 8,
8 | 2006 through June 29, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
9 | 3161(h)(8)(A) & (B)(iv).

10 | IT IS SO STIPULATED:

11 | DATED:     6/26/06                    /s/
12 |                                       STEVEN KALAR
                                          Assistant Federal Public Defender

13 |
14 | DATED:     6/19/06                    /s/
                                          MICHELLE MORGAN-KELLY
                                          Assistant United States Attorney
15 |

IT IS SO ORDERED.

17 | DATED: June 28, 2006
                                          _____
18 |                                       THE HONORABLE JEFFREY S. WHITE
                                          United States District Court Judge