KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone:  (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTOINE MOUTON,<br><br>    Defendant. | No.   CR 06 0014 JSW<br><br>ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 29, 2006 THROUGH JULY 27, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing for July 27, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 29, 2006 through July 27, 2006.  The parties agree, and the Court finds and holds, as follows:

      1.  The parties appeared before the Court for a status hearing on this matter on June 29, 2006.  The parties indicated that new information has come to light that will require further investigation by the parties.  Government counsel also indicated that she will be out of the district for the first two weeks of July.

      2.  Accordingly, the parties requested that the matter be continued until July 27, 2006 and requested the exclusion of time under the Speedy Trial Act.

      3.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

1  3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence, and for continuity of government counsel.
3      4. After a hearing on this matter on June 29, 2006, the Court finds that, taking into
4  account the public interest in the prompt disposition of criminal cases, the ends of justice served
5  by excluding the period from June 29, 2006 through July 27, 2006 outweigh the best interest of
6  the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
7      5. Accordingly, and with the consent of the defendant, the Court (1) sets a change of plea
8  or trial setting hearing on July 27, 2006, at 2:30 P.M., and (2) orders that the period from June
9  29, 2006 through July 27, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C.
10 § 3161(h)(8)(A) & (B)(iv).
11 IT IS SO STIPULATED:
12 DATED:     7/3/2006                                    /s/
                                                STEVEN KALAR
13                                              Assistant Federal Public Defender
14
   DATED:    6/29/06
15                                              MICHELLE MORGAN-KELLY
                                                Assistant United States Attorney
16
   IT IS SO ORDERED.
17
18 DATED: July 6, 2006
                                                THE HONORABLE JEFFREY S. WHITE
19                                              United States District Court Judge