```
                                            FILED

                                         MAR 0 6 2007

                                       RICHARD W. WIEKING
                                     CLERK, U.S. DISTRICT COURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 06-0014 JSW |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER FILING |
| ) | UNDER SEAL |
| ANTOINE MOUTON, ) | |
| ) | |
| Defendant. ) | |

For the reasons articulated in the declaration of Mr. Kalar, his declaration and motion, and the associated stipulated order, shall be filed under seal.

IT IS SO ORDERED.

MAR 0 5 2007
_____                    _____
DATED                             JEFFREY S. WHITE
                                  United States District Court Judge

Mouton, CR 06-0014 JSW
ORD. FILING UNDER SEAL