JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7144
   Fax: (415) 436-7234
   Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0014 JSW |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER TO SEAL |
| v. | ) | STIPULATION AND ORDER |
| ANTOINE MOUTON, | ) | |
| Defendant. | ) | |

For good cause shown, the Clerk of the Court is directed to file the Stipulation and this Court's Order under seal. Copies of the Stipulation and Order may be given to the United States Marshal's Service, representatives of the Clark County Sheriff's Office, and representatives of the Clark County District Attorney's Office.

IT IS SO ORDERED.

DATED: July 7, 2008

HON. JEFFREY S. WHITE
United States District Court Judge

[~~PROPOSED~~] ORDER TO SEAL
CR 06-0014 JSW          1