1
2
3
4
5
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

ANTOINE MOUTON,

       Defendant.

)
)
)
)
)
)
)
)
)
)

No. CR 06-0014 JSW

**ORDER FILING UNDER SEAL**

13
14
15
16

    For good cause shown, the August 22, 2008 Declaration and Motion of AFPD Steven Kalar in support of his motion to file under seal, and the materials referenced in that declaration and motion, shall be filed under seal.

17
18
19
20

August 22, 2008
_____
DATED

_____
JEFFREY S. WHITE
United States District Judge

21
22
23
24
25
26
27
28

*Mouton*, CR 06-0014 JSW
ORD. FILING UNDER SEAL