Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.** | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For **Revocation** of Probation or Supervised Release)<br>)<br>) USDC Case Number:<br>) BOP Case Number:<br>) USM Number:<br>) Defendant's Attorney: |

**THE DEFENDANT:**

☐   admitted guilt to violation of condition(s)  _____ of the term of supervision.

☐   was found in violation of conditions(s) _____after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| | | |

        The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:

Defendant's Year of Birth:

City and State of Defendant's Residence:

_____
Date of Imposition of Judgment

_____
Signature of Judge

_____
Name & Title of Judge

_____
Date

DEFENDANT:

CASE NUMBER:

Judgment - Page _____ of _____

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|

DEFENDANT:
CASE NUMBER:

Judgment - Page _____ of _____

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

☐       The Court makes the following recommendations to the Bureau of Prisons:

☐       The defendant is remanded to the custody of the United States Marshal.  The appearance bond is hereby exonerated.

☐       The defendant shall surrender to the United States Marshal for this district:

   ☐       at _____ ☐ am  ☐ pm on _____ (no later than 2:00 pm).

   ☐       as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐       The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐       at _____       am       pm on _____ (no later than 2:00 pm).

   ☐       as notified by the United States Marshal.

   ☐       as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL